IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FELIPE NEVAREZ IBARRA,**                                                                    **PLAINTIFF**
**ADC #142462**

v.                    CASE NO. 5:10CV00328 BSM/HDY

**RAY HOBBS, Director,**                                                                           **DEFENDANT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's petition for writ of habeas corpus be DISMISSED and the relief requested is DENIED.

2. A certificate of appealability under 28 U.S.C. §2253(c)(1)-(2) is DENIED.

Dated this 31st day of October 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE