IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FELIPE NEVAREZ IBARRA,**                                                                **PLAINTIFF**
**ADC #142462**

v.                              CASE NO. 5:10CV00328 BSM/HDY

**RAY HOBBS, Director,**                                                                 **DEFENDANT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED. The relief sought is denied. Further, a certificate of appealability under 28 U.S.C. §2253(c)(1)-(2) is DENIED.

IT IS SO ORDERED this 31st day of October 2011.

_____
UNITED STATES DISTRICT JUDGE